UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DEWITT PANTON                               JURY TRIAL DEMANDED

v.                                                      CASE NO.  3:11 cv

VISION FINANCIAL COLLECTION SERVICES CORP.
PINNACLE CREDIT SERVICES LLC

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § l692; the Connecticut Creditor Collection Practices Act ("CCPA"), Conn. Gen. Stat. § 36a-645 or the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder; or the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court has jurisdiction. 15 U.S.C. § 1692k and 28 U.S.C. §133l and § 1367.

3. Plaintiff is a natural person who has resided in Connecticut at all relevant times

4. Plaintiff is a consumer within the FDCPA.

5. Each Defendant is a debt collector within the FDCPA.

6. Defendant Pinnacle Credit Services LLC (PCS) claims to have purchased plaintiff's account from Verizon.

7. Defendant Vision was not licensed in that name as a consumer collection agency in compliance with chapter 669 Part XII of the Connecticut General Statutes when communicating with plaintiff concerning the Verizon account supposedly purchased by PCS.

8. In February, 2010, plaintiff settled in full the PCS account, by payment to Pinnacle Financial Group.

9. In November, 2010, despite plaintiff's payment, defendants contended that plaintiff still owed the full balance of the PCS account.

10. In the collection efforts, each defendant violated the FDCPA, § 1692d, -e, -f(1), or –g.

11. In the collection efforts, PCS violated the Consumer Collection Agency Act, § 36a-800 *et seq.* Conn. Gen. Stat.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages against Vision under the FDCPA, and $1,000 statutory damages under each of the FDCPA or CCPA against PCS.

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award such other and such further relief as law or equity may provide.

THE PLAINTIFF

*Joanne S. Faulkner*

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
faulknerlawoffice@snet.net